Filed 12/11/23  P. v. Smith CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E081859 |
| v. | (Super.Ct.No. FWV21000842) |
| KEVIN DARNELL SMITH, JR., | |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Joseph B. Widman, Judge.  Dismissed.

Siri Shetty, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

On the court's own motion, the appeal filed in the superior court on September 28, 2023, from the trial court's denial of defendant's postjudgment motion for resentencing under Penal Code section 1172.75 is DISMISSED because it does not affect defendant's substantial rights. (Pen. Code, § 1237, subd. (b).) The trial court lacked jurisdiction to adjudicate defendant's motion for resentencing. (See *People v. Burgess* (2022) 86 Cal.App.5th 375, 380-382, 384 ["[S]ection 1172.75 simply does not contemplate resentencing relief initiated by any individual defendant's petition or motion."].) Since the court lacked jurisdiction when it denied defendant's resentencing motion, denial of the motion could not have affected his substantial rights. (*People v. Chlad* (1992) 6 Cal.App.4th 1719, 1725-1726.) Accordingly, the order denying defendant's motion for resentencing is not an appealable order, and the appeal must be dismissed. (*Id*. at p. 1725; see *People v. Fuimaono* (2019) 32 Cal.App.5th 132, 135.)

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

FIELDS
              J.

We concur:


MILLER
     Acting P.J.


CODRINGTON
     J.